UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

VICKI D. STONE,                          )
                                         )
        *Plaintiff*,                     )
                                         )      Case No. 4:08-cv-25
v.                                       )      Judge Mattice
                                         )
MICHAEL J. ASTRUE,                       )
Commissioner of Social Security,         )
                                         )
        *Defendant*.                     )

## ORDER

United States Magistrate Judge William B. Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. 21.] Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, Plaintiff's Motion for Summary Judgment [Court Doc. 17] is **DENIED**. Defendant's Motion for Summary Judgment [Court Doc. 19] is **GRANTED**. The Commissioner's denial of benefits is **AFFIRMED** and the instant action is **DISMISSED WITH PREJUDICE**. The Clerk shall close the case.

SO ORDERED this 4th day of March, 2009.

                                    _____*/s/Harry S. Mattice, Jr.*_____
                                         HARRY S. MATTICE, JR.
                                         UNITED STATES DISTRICT JUDGE